# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FRANK LASH, JR., and
ROBYN W. LASH,

    Plaintiffs,

v.                                                                          CASE NO: 8:10-cv-2141-T-26TGW

JAGUAR CREDIT CORPORATION,

    Defendant.
_____/

# **O R D E R**

    Upon due consideration, it is ordered and adjudged that Defendant's Motion for Stay of Action Pending Arbitration and to Compel Arbitration (Dkt. 14) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Counsel for the parties shall confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion without court intervention. In the event the parties cannot do so, Defendant may refile the motion.

    **DONE AND ORDERED** at Tampa, Florida, on December 13, 2010.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record